UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMILLE FARMER AS PARENT AND LEGAL GUARDIAN ON BEHALF OF J.F., A MINOR | CIVIL ACTION |
| VERSUS | NO. 19-9237 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to: 12-968 BELO
In MDL 2179 (10-md-2179)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 9), and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' Motion to Dismiss (Rec. Doc. 4) is **GRANTED** and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of June, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE